FILED

AO 91 (Rev 11/11)  Criminal Complaint

AUG - 8 2022

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Javier Armando MELENDEZ Jr.<br><br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. EP-22-M-1945-RFC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___11/14/2021 - 8/2/2022___ in the county of ___El Paso___ in the ___Western___ District of ___Texas___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, USC, Section 554 | Smuggle Goods from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit which is hereby incorporated by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nate Anderson  Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence. Oath Telephonically Sworn
At __1__ : __13__ PM
Fed.R.Crim.P.4.1(b)(2)(A)

Date: ___08/08/2022___

_____
*Judge's signature*

City and state: ___El Paso, Texas___

Robert F. Castenda, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Nate Anderson, first being duly sworn, does hereby depose and state as follows:

1.  Your affiant recently initiated an investigation into the activities of Javier MELENDEZ Jr. This investigation relates to violations of Title 18, United States Code, Section 554: Smuggling Goods from the United States.

2.  In June 2022, your affiant initiated an investigation regarding a Glock Model 19, 9mm pistol, serial number BVXT187 that was recovered by law enforcement officials with the Government of Mexico on June 16, 2022, in the City of Pachuca De Soto in the State of Hidalgo in the Republic of Mexico. The firearm was originally purchased by MELENDEZ at a Federal Firearms Licensee (FFL) in El Paso, TX within the Western District of Texas on March 4, 2022, 104 days before the firearm was seized in central Mexico.

3.  Agents were able to identify at least 60 firearms purchased by MELENDEZ between November 14, 2021, and April 28, 2022 in El Paso, Odessa, and Midland Texas. On August 2, 2022, MELENDEZ purchased a Canik, Model TP9SF 9mm pistol and a HS Produkt (Springfield) Model XDM Elite, 9mm pistol at an FFL in El Paso, TX.

4.  Agents reviewed 35 ATF Form 4473 Firearm transaction records that were completed by MELENDEZ between November 2021 and August 2022. An ATF Form 4473 is required by Federal Law when an individual is transferred a firearm at an FFL. On each of the ATF Forms 4473, MELENDEZ listed his current address as 7049 Westwind Dr. Apt 1009 El Paso, TX 79912.

5.  On each of the forms MELENDEZ marked "Yes" to block 21.a. which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning" You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you."** MELENDEZ also signed block "22" indicating his answers on the form were true, correct, and complete and acknowledged he understood that making any false oral or written statements with respect to the transaction would be a crime punishable as a felony under Federal law.

6.  On August 5, 2022, agents interviewed MELENDEZ at the Bridge of the Americas Port of Entry. After being advised of his Miranda rights, MELENDEZ agreed to answer the agent's questions without an attorney present. MELENDEZ stated he had purchased approximately 60 firearms and that 50 of those firearms were taken to the Republic of Mexico. MELENDEZ stated the 50 firearms were purchased on behalf of another individual who resides in Mexico. MELENDEZ stated he was paid $17,000.00 Mexican Pesos ($838.80 USD) per handgun to purchase and smuggle the

firearms into Mexico. MELENDEZ showed agents the location where he concealed the firearm inside of his vehicle when he smuggled them into Mexico.

7. MELENDEZ told agents he did not and had never resided at 7049 Westwind Dr. Apt 1009 El Paso, TX 79901, the address listed on every ATF Form 4473 completed by MELENDEZ. MELENDEZ also stated he did not possess a license to export goods from the United States.

8. Your affiant believes probable cause exists that Javier MELENDEZ in violation of Title 18, United States Code, Section 554 when he knowingly smuggled approximately 50 firearms from the United States into Mexico.

ATF S/A Nate Anderson